# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

Julius Gleghorn
*Plaintiff(s)*

v.

Mika Logistics Inc. et al
*Defendant(s)*

Case Number:  19-cv-1295-MAB

## **DEFAULT ENTRY BY CLERK**

Entry of default pursuant to Federal Rule of Civil Procedure 55(a) has been requested by

Plaintiff(s).   Because it appears from the court's record that a party has failed to plead or

otherwise defend as required by the Federal Rules of Civil Procedure, default is entered against

the following defendant(s): Mika Logistics Inc. and Sergei.

Dated: January 28, 2020

MARGARET M. ROBERTIE, Clerk of Court


By:      *s/Reid Hermann*
          Deputy Clerk