**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Julius Gleghorn, et al.

Plaintiff,

v.                                                            Case No.: 1:21−cv−01357
                                                             Honorable Gabriel A. Fuentes

Mika Logistics Inc., et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 21, 2022:

     MINUTE entry before the Honorable Gabriel A. Fuentes: Plaintiffs Crawford
(doc. #160) and Lalsandu (doc. #161) having moved for final approval of their settlements
and for dismissal of their claims with prejudice, and with the Court previously having
granted such a motion as to plaintiffs Gleghorn and Cherry (doc. #159), the Court grants
the Crawford and Lalsandhu motions and approves their settlements as stated in the
accompanying order. Enter Order. The case is closed and terminated. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.